## NOT DESIGNATED FOR PUBLICATION

### STATE OF LOUISIANA
### COURT OF APPEAL, THIRD CIRCUIT

### 09-376
### CONSOLIDATED WITH 09-374 AND 09-375

**TYLAN A. MEAUX, ET AL.**
**VERSUS**
**LAFAYETTE CONSOLIDATED GOVERNMENT, ET AL.**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2007-3298
HONORABLE DURWOOD WAYNE CONQUE, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

### ELIZABETH A. PICKETT
### JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of Oswald A. Decuir, Elizabeth A. Pickett, and Shannon J. Gremillion, Judges.

### RULE RECALLED.  APPEAL MAINTAINED.

**Thomas Reginald Hightower, Jr.**
**Patrick Wade Kee**
**Attorneys at Law**
**Post Office Drawer 51288**
**Lafayette, LA 70505**
**(337) 233-0555**
**COUNSEL FOR DEFENDANT/APPELLEE:**
        **Lil D's Bar-B-Que, L.L.C.**

**Steven Claude Judice**
**Keogh, Cox & Wilson**
**Post Office Box 1151**
**Baton Rouge, LA 70821**
**(225) 383-3796**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
        **Federated Mutual Insurance Co.**
        **Champion's Express Mart, Inc.**

**Don J. Hernandez**
**Attorney at Law**
**Post Office Box 24**
**Franklin, LA 70538**
**(337) 378-0468**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
      **Louis Robinson, Jr.**


**Lisa Coleman Lee**
**Keetsie T. Gunnels**
**Attorney for DOHH**
**Post Office Box 3836**
**Baton Rouge, LA 70821-3836**
**(225) 342-0207**
**COUNSEL FOR INTERVENOR/APPELLEE**
      **State of Louisiana, Department of**
      **Health and Hospitals-Medicaid**


**L. Katherine A. Theunissen**
**Mahtook & Lafleur**
**Post Office Box 3089**
**Lafayette, LA 70502**
**(337) 266-2189**
**COUNSEL FOR DEFENDANT/APPELLEE:**
      **Lafayette Consolidated Government**


**John William Penny, Jr.**
**Attorney at Law**
**Post Office Box 2187**
**Lafayette, LA 70502**
**(337) 231-1955**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
      **Allstate Insurance Company**
      **Rodney and Vickie Guilbeaux**
      **Tylan Meaux**


**Jeffery F. Speer**
**Julian Louis Gibbens, III**
**Jason E. Fontenot**
**Doucet & Speer**
**Post Office Box 4303**
**Lafayette, LA 70502-4303**
**(337) 232-0405**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
      **Tylan Meaux**
      **Rodney and Vickie Guilbeaux**

**Chris Paul Villemarette**
**Attorney at Law**
**1606-B St. Mary St.**
**Scott, LA 70583**
**(337) 232-3100**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
     **Clement Mayard**

**Edward Bernard Jones**
**Edward B. Jones & Associates**
**Post Office Drawer 1807**
**Patterson, LA 70392**
**(985) 399-5944**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
     **Louis Robinson, Jr.**

**James Alan Harrell**
**Heather Duplantis**
**Karen Blakemore**
**Phelps Dunbar**
**Post Office Box 4412**
**Baton Rouge, LA 70821-4412**
**(225) 346-0285**
**COUNSEL FOR DEFENDANT/APPELLANT:**
     **Lafayette Specialty Hospital, LLC**
     **d/b/a Meadowbrook Specialty Hospital of Lafayette**

**Scott M. Hawkins**
**Hawkins & Villemarette**
**107 Regency Square**
**Lafayette, LA 70508**
**(337) 233-8005**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
     **Clement Mayard**

PICKETT,

.Judge.

For the reasons assigned in *Louis Robinson, Jr. versus Tylan Meaux, et al.*, filed under this court's docket number 09-374, we hereby recall the rule to show cause order and order that this appeal be maintained.

**RULE RECALLED.  APPEAL MAINTAINED.**

This opinion is **NOT DESIGNATED FOR PUBLICATION.**